ACCEPTED
05-17-01245-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 10:21 AM
LISA MATZ
CLERK



Katherine Elrich
214.220.5237

214.220.5287 | direct fax
kelrich@cobbmartinez.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 10:21:19 AM
LISA MATZ
Clerk

January 31, 2018

**Via E-File**

Lisa Matz, Clerk
Fifth District Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

> **Re:**   **Case Number 05-17-01245-CV;** *Pioneer Natural Resources USA, Inc. v. Texas Department of Transportation*

Dear Ms. Matz:

Please accept this letter as an amended vacation letter for the following dates:

- March 7, 2018 through March 16, 2018;
- May 16, 2018 through May 18, 2018; and
- May 29, 2018 through June 5, 2018.

I would appreciate if no oral arguments or hearings were scheduled during this period with regard to the above-referenced matter.

By copy of this letter, I am notifying all counsel of record of my vacation schedule.

Thank you for your assistance in this matter.  Please do not hesitate to contact me if you have any questions regarding this matter.

Sincerely,

*Katherine Elrich*

Katherine Elrich

KE/als/175799

cc:     **Via E-Service:**

David L. Sargent
Chuck W. Shiver II
R. Martin Dungan
SARGENT LAW, P.C.
1717 Main Street, Suite 4750
Dallas, Texas 75201

Lawrence J. Webb
TINSMAN & SCIANO, INC.
10107 McAllister Freeway
San Antonio, Texas 78216

Marcus F. Schwartz
SCHWARTZ & SCHWARTZ
Post Office Box 385
Hallettsville, Texas 77964

David B. Strain
Kyle D. Hawkins
ASSISTANT ATTORNEY GENERAL OF TEXAS
Transportation Division
Post Office Box 12548, Capitol Station
Austin, Texas 78711-2548

Tanya B. Scarbrough
BOWMAN AND BROOKE, L.L.P.
5830 Granite Parkway, Suite 1000
Plano, TX 75024